**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICK CHENDES, JILLIAN SMITH,
and DION TUMMINELLO,

    Plaintiffs,

v.                                          Case No. 16-13980

XEROX HR SOLUTIONS, LLC,

    Defendant.
                                          /

**ORDER AMENDING OCTOBER 19, 2017 ORDER GRANTING MOTION TO DISMISS**

On October 19, 2017, the court entered an order granting Defendant's motion to dismiss. (Dkt. #38.) The court erroneously stated that a hearing was held on October 25, 2017; in actuality, the court had determined that a hearing was unnecessary pursuant to E.D. Mich. LR 7.1(f)(2) and decided the motion on the briefs. Accordingly,

IT IS ORDERED that the court's October 19, 2017 Order (Dkt. #38) is AMENDED on page one, paragraph one, so that the line shall now read:

    The motion is fully briefed, and the court has determined that a hearing is

    unnecessary. E.D. Mich. LR 7.1(f)(2).

(Doc. #38 Pg. ID 1140.) The remaining portions of the order are unaffected.

                                                s/Robert H. Cleland              /
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: October 26, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 26, 2017, by electronic and/or ordinary mail.

                                                                            s/Lisa Wagner                      /
                                                                            Case Manager and Deputy Clerk
                                                                            (810) 292-6522

S:\Cleland\KNP\Civil\16-13980.CHENDES.amend.no.hearing.docx