## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PATRICK CHENDES, JILLIAN SMITH,
and DION TUMMINELLO,

     Plaintiffs,

v.                               Case No. 16-13980

XEROX HR SOLUTIONS, LLC,

     Defendant.

_____/

### JUDGMENT

In accordance with its "Opinion and Order Denying Plaintiffs' Motion for Leave to File a Second Amended Complaint and Granting Defendant's Motion to Dismiss,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Xerox HR Solutions, LLC, and against Plaintiffs.

s/Robert H. Cleland          /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  June 25, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 25, 2018, by electronic and/or ordinary mail.

s/Lisa Wagner            /
Case Manager and Deputy Clerk
(810) 292-6522

Z:\Cleland\KNP\Civil\16-13980.CHENDES.Judgment.KNP.docx